The Honorable John H. Chun

# UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF WASHINGTON
# SEATTLE DIVISION

| | |
|---|---|
| OBIE ROUISE, a Washington resident, | Case No. 2:21-cv-01269-JHC |
| Plaintiff, | **STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE** |
| v. | |
| MILTON WILLIAMS, a California resident, | |
| Defendant. | |

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), Plaintiff Obie Rouise and Defendant Milton Williams, by and through their respective counsel, as acknowledged by their signatures below, hereby stipulate to dismissal of this action with prejudice and without an award of costs or fees to either party.

IT IS HEREBY STIPULATED.

/ / /

/ / /

/ / /

/ / /

/ / /

STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE - 1
CASE NO. 2:21-cv-01269-JHC

Snell & Wilmer
2018 156th Avenue NE, Suite 100
Bellevue, Washington 98007
425.748.5055

| | | |
|---|---|---|
| 1 | Dated: July 21, 2022 | SNELL & WILMER L.L.P. |
| 2 | | |
| 3 | | By: *s/ Lea K. Schneider*<br>Clifford S. Davidson, WSBA 48313 |
| 4 | | csdavidson@swlaw.com<br>Lea K. Schneider, WSBA 56471 |
| 5 | | lschneider@swlaw.com<br>Attorneys for Defendant |
| 6 | Dated: July 21, 2022 | LAW OFFICE OF FRANK S. HOMSHER |
| 7 | | |
| 8 | | By: /s/ Chris Rosford<br>Chris Rosfjord, WSBA 37668 |
| 9 | | chris@homsherlawgroup.com<br>Frank S. Homsher, WSBA 26935 |
| 10 | | frank@hommsherlawgroup.com<br>Attorneys for Plaintiff |

## ORDER

Based on the above stipulation of the parties, and being fully advised in the premises, now therefore, it is hereby

ORDERED, ADJUDGED and DECREED that all claims by the parties against one another in this matter are hereby dismissed, with prejudice, and without an award of costs or fees to either party.

IT IS SO ORDERED.

DATED this 22nd day of July, 2022.            BY THE COURT:

*[signature: John H. Chun]*

Hon. John H. Chun
United States District Court Judge

Presented by:

SNELL & WILMER L.L.P.

By: *s/ Lea K. Schneider*
    Lea K. Schneider, WSBA No. 56471

STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE - 2
CASE NO. 2:21-cv-01269-JHC

Snell & Wilmer
2018 156th Avenue NE, Suite 100
Bellevue, Washington 98007
425.748.5055